FILED'11 JAN 31 18:35USDC-ORE

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| Sergio Antonio Resendiz-Campos, Americo Sosa-Padilla, Noe Diaz-Sambrano and Alejandro Ruiz,<br>　　　　Plaintiffs,<br>　　v.<br>Plummer Family Homebuilders, Inc., an Oregon corporation; Benjamin Plummer, individually; and Robert Plummer, individually,<br>　　　　Defendants. | Case No.: 09-6158-TC<br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE |

### JUDGMENT

The Court, finding that there is no just reason for delay in the entry of judgment, hereby enters judgment of dismissal, with prejudice, of all claims by Plaintiffs Americo Sosa-Padilla and Alejandro Ruiz against Defendants Plummer Family Homebuilders, Inc., Benjamin Plummer and Robert Plummer.

**JUDGMENT OF DISMISSAL WITH PREJUDICE**　　　　　　　　　　　　　　　　　　**Page 1**

DATED this 26 day of Jan , 2011.

_____
Hon.

Submitted this 4th day of January, 2011, by:

/s/ Meg Heaton
**MEG HEATON**
OSB # 052780
[503] 525-8454
Of Attorneys for Plaintiffs Americo Sosa-Padilla and Alejandro Ruiz