FILED 10 JUN '11 13:55 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SERGIO ANTONIO ROSENDIZ-CAMPOS; NOE DIAZ-SAMBRANO, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO DIAZ PAINTING, INC.; ALBERTO DIAZ-SAMBRANO; PLUMMER FAMILY HOMEBUILDERS, INC.; BENJAMIN PLUMMER; ROBERT PLUMMER, <br><br> Defendants. | 09-cv-06158-TC <br><br> ORDER AND FINDINGS AND RECOMMENDATION |

COFFIN, Magistrate Judge:

The Postal Service returned envelopes addressed to Sergio Antonio Rosendiz-Campos and Noe Diaz-Sambrano at their last known addresses. Plaintiffs have failed to keep the court informed of their current addresses.

Plaintiffs shall have 30 days from the date of this order to file a notice of change of address.

ORDER AND FINDINGS AND RECOMMENDATION                                   PAGE 1

If the plaintiffs fail to file timely notices of change of address, this action should be dismissed for want of prosecution.

DATED this 9th day of June 2011.

_____
THOMAS M. COFFIN
United States Magistrate Judge