IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

| | |
|---|---|
| SERGIO ANTONIO ROSENDIZ-CAMPOS; NOE DIAZ-SAMBRANO, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO DIAZ PAINTING, Inc., ALBERTO DIAZ-SAMBRANO; PLUMMER FAMILY HOMEBUILDERS, INC., BENJAMIN PLUMMER; ROBERT PLUMMER, <br><br> Defendants. | Civil No. 09-6158-TC <br><br> ORDER |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on June 10, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin

1   - ORDER

Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This action is dismissed for want of prosecution.

DATED this /st day of August, 2011.

                                  _____
                                  United States District Judge

2    - ORDER