UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**Sergio Antonio Resendiz-Campos, Americo Sosa-Padilla, Noe Diaz-Sambrano,** and **Alejandro Ruiz,**

                **Plaintiffs,**

         v.                           Civil No. 6:09-cv-06158-TC

**Alberto Diaz Painting, Inc., Alberto Diaz-Sambrano, Plummer Family Homebuilders, Inc., Benjamin Plummer** and **Robert Plummer,**

                **Defendants.**
_____

## JUDGMENT

This action is dismissed.

Dated: August 1, 2011

                      MARY L. MORAN, Clerk


              by    s/ J. Wright
                 J. Wright, Deputy Clerk